| | | | |
|---|---|---|---|
| State v. Sammons | 111,591 | Granted in part; sentence vacated; remanded to Dist. Ct. ........ 10/28/2015 | Unpublished |
| State v. Sanderford | 111,249 | Denied ............ 09/14/2015 | Unpublished |
| State v. Sanders | 111,236 | Denied ............ 08/20/2015 | Unpublished |
| State v. Santos | 109,456 | Denied ............ 07/21/2015 | Unpublished |
| State v. Saville | 111,100 | Denied ............ 10/09/2015 | Unpublished |
| State v. Scott | 110,091 | Denied ............ 09/23/2015 | Unpublished |
| State v. Seck | 110,786 | Denied ............ 10/07/2015 | Unpublished |
| State v. Segovia | 110,106 | Denied ............ 06/29/2015 | Unpublished |
| State v. Sessin | 110,054 | Granted ............ 06/29/2015 | Unpublished |
| State v. Sharp | 110,845 | Granted ............ 06/29/2015 | Unpublished |
| State v. Shawn | 111,087 | Denied ............ 09/14/2015 | Unpublished |
| State v. Shinkle | 112,064 | Denied ............ 10/09/2015 | Unpublished |
| State v. Shugart | 109,795 | Denied ............ 07/22/2015 | Unpublished |
| State v. Shultz | 112,477 | Denied ............ 09/14/2015 | Unpublished |
| State v. Siebels | 111,538 | Denied ............ 09/14/2015 | Unpublished |
| State v. Smith | 103,069 | Denied ............ 07/24/2015 | Unpublished |
| State v. Smith | 110,846 | Denied ............ 07/21/2015 | Unpublished |
| State v. Smith | 110,892 | Denied ............ 10/07/2015 | Unpublished |
| State v. Smith | 108,470 | Denied ............ 07/24/2015 | Unpublished |
| State v. Smith | 111,080 | Denied ............ 09/23/2015 | Unpublished |
| State v. Spencer Gifts | 111,398 | Granted ............ 10/07/2015 | 51 Kan. App. 2d 437 |
| State v. Squires | 111,415 | Denied ............ 08/20/2015 | Unpublished |
| State v. Stanley | 111,031 | Denied ............ 08/20/2015 | Unpublished |
| State v. Stevens | 110,291 | Denied ............ 07/27/2015 | Unpublished |
| State v. Stevenson | 111,022 111,023 | Denied ............ 10/09/2015 | Unpublished |
| State v. Stewart | 109,665 | Denied ............ 06/30/2015 | Unpublished |
| State v. Sudduth | 110,557 | Denied ............ 07/27/2015 | Unpublished |
| State v. Sundgren | 110,239 | Denied ............ 07/27/2015 | Unpublished |
| State v. Tapedo | 109,536 | Denied ............ 06/30/2015 | Unpublished |
| State v. Taylor | 110,440 110,441 | Denied ............ 07/22/2015 | Unpublished |
| State v. Templeton | 109,781 | Denied ............ 07/21/2015 | Unpublished |
| State v. Thomas | 110,877 | Denied ............ 08/20/2015 | Unpublished |
| State v. Thomas | 110,365 | Denied ............ 07/24/2015 | Unpublished |
| State v. Thomas | 110,681 | Denied ............ 08/20/2015 | Unpublished |
| State v. Thomas | 110,448 | Denied ............ 07/22/2015 | Unpublished |
| State v. Thomas | 110,571 | Denied ............ 09/23/2015 | Unpublished |
| State v. Thomas-Randall | 111,436 | Denied ............ 10/09/2015 | Unpublished |
| State v. Thompson | 111,248 | Denied ............ 10/07/2015 | Unpublished |
| State v. Thompson | 111,014 | Denied ............ 09/14/2015 | Unpublished |
| State v. Thompson | 109,668 | Denied ............ 07/21/2015 | Unpublished |